436

BEFORE THE SECOND DIVISION, OCTOBER 11, 1938

**No. 39567.**—Protests 319021–G, etc., of A. Smith Co. et al. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 39568.**—Protests 354082–G, etc., of De Meo Bros. et al. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 39569.**—Protests 408052–G, etc., of Henri Bendel, Inc., et al. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 39570.**—Protests 393713–G, etc., of W. J. Birmingham et al. (New York).

Opinion by TILSON, J. Certain items consisting of articles in chief value of cellulose filaments similar to those the subject of Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

**No. 39571.**—Protest 325310–G of S. H. Pomerance Co. (New York).

Opinion by TILSON, J. Embroidered-net flouncings were held dutiable at 75 percent under paragraph 1430. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as compounds of cellulose.

**No. 39572.**—Protests 809575–G, etc., of Eric Wedemeyer (New York).

Opinion by DALLINGER, J. It was stipulated that these atomizers and calendars are chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Rice* v. *United States* (T. D. 49373), *Woolworth* v. *United States* (T. D. 47857), and Abstract 38549 cited.